***Allstate Ins. Co. v. eMED Pharmacy Corp., et al.***

**<u>Exhibit 2</u> - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0730450814 | J.N. | 10/10/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0730450814 | J.N. | 10/6/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0779531028 | C.C. | 10/6/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0730450814 | J.N. | 10/4/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0779531028 | C.C. | 9/26/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0795699866 | A.M. | 9/26/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0795699866 | A.M. | 9/8/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0795699866 | A.M. | 9/4/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0778752311 | M.H. | 9/2/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0774262620 | J.A. | 8/22/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0779531028 | C.C. | 8/20/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0779531028 | C.C. | 8/12/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0789359403 | R.Y. | 8/5/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0730450814 | J.N. | 8/3/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0789359403 | R.Y. | 8/2/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0774262620 | J.A. | 7/31/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0778299585 | E.B. | 7/28/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0778299585 | E.B. | 7/24/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0778752311 | M.H. | 7/18/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0778752311 | M.H. | 7/18/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0774262620 | J.A. | 7/1/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0774262620 | J.A. | 6/27/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0779531028 | C.C. | 6/27/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0750403727 | B.A. | 6/5/2025 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0756271706 | J.F. | 5/30/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0756271706 | J.F. | 5/28/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0756271706 | J.F. | 5/28/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0771795589 | F.C. | 5/7/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0771795589 | F.C. | 5/3/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0750403727 | B.A. | 4/12/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0750403727 | B.A. | 3/8/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0750403727 | B.A. | 2/13/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0750403727 | B.A. | 1/13/2025 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0750403727 | B.A. | 1/8/2025 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0768154882 | L.R. | 12/6/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0768154882 | L.R. | 12/4/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0743020588 | S.A. | 11/29/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0743020588 | S.A. | 11/8/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0743020588 | S.A. | 10/9/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0743020588 | S.A. | 10/9/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0742484918 | L.F. | 8/30/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0742484918 | L.F. | 8/5/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0735269714 | G.C. | 7/1/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0735269714 | G.C. | 6/29/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0738976430 | J.R. | 6/19/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0738976430 | J.R. | 6/16/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0738976430 | J.R. | 6/14/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0738642164 | R.C. | 6/5/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 5/24/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0735269714 | G.C. | 5/20/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0735269714 | G.C. | 5/18/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0735269714 | G.C. | 5/15/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0738976430 | J.R. | 5/15/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0738135052 | S.D. | 5/7/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0722143336 | Y.V. | 4/27/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0724862685 | R.G. | 4/19/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0738642164 | R.C. | 4/19/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0738642164 | R.C. | 4/17/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0709122089 | L.V. | 4/16/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0724862685 | R.G. | 4/12/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0738135052 | S.D. | 4/10/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 4/2/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0709122089 | L.V. | 3/28/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0681867149 | B.A. | 3/23/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0722143336 | Y.V. | 3/22/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0742484918 | L.F. | 3/22/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0722143336 | Y.V. | 3/20/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0742484918 | L.F. | 3/20/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0738135052 | S.D. | 3/2/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 2/23/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 2/23/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0732276407 | I.V. | 2/22/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0732276407 | I.V. | 2/21/2024 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0709122089 | L.V. | 2/9/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0703481242 | F.L. | 2/6/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 2/2/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 2/1/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 1/25/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0709122089 | L.V. | 1/25/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 1/23/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0681867149 | B.A. | 1/19/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 1/11/2024 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 1/11/2024 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0709122089 | L.V. | 12/30/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 12/29/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 12/28/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 12/20/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 12/12/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 12/7/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 12/7/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0709122089 | L.V. | 12/4/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 11/28/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 11/28/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0681867149 | B.A. | 11/27/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0685385879 | D.L. | 11/23/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 11/20/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 11/8/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 11/7/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 10/25/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 10/25/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0681867149 | B.A. | 10/16/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0709122089 | L.V. | 10/14/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0681867149 | B.A. | 10/6/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0681867149 | B.A. | 10/4/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0688567956 | C.P. | 10/3/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0703481242 | F.L. | 10/2/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0681867149 | B.A. | 9/22/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0689055473 | C.S. | 9/22/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0703481242 | F.L. | 9/15/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 9/14/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0685385879 | D.L. | 9/12/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 9/12/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 9/8/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0708752068 | W.V. | 8/28/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0708752068 | W.V. | 8/25/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0708752068 | W.V. | 8/24/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0685385879 | D.L. | 8/18/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 8/17/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 8/11/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 7/28/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0689055473 | C.S. | 7/27/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 7/27/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 7/22/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 7/12/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |

***Allstate Ins. Co. v. eMED Pharmacy Corp., et al.***

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0694372731 | P.S. | 7/11/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0689055473 | C.S. | 7/7/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0689055473 | C.S. | 6/30/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0716082284 | G.D. | 6/20/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 6/18/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0689055473 | C.S. | 6/16/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0716082284 | G.D. | 6/13/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0709122089 | L.V. | 6/12/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0709122089 | L.V. | 6/12/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0689055473 | C.S. | 5/22/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0697725604 | B.B. | 5/19/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0694372731 | P.S. | 5/9/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0688567956 | C.P. | 4/29/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0688567956 | C.P. | 4/28/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0689055473 | C.S. | 4/28/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0679625797 | E.O. | 4/17/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0689055473 | C.S. | 4/17/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0666386396 | A.M. | 4/11/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0686934555 | K.S. | 4/5/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0686934555 | K.S. | 4/3/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0697725604 | B.B. | 3/28/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0697725604 | B.B. | 3/25/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0685385879 | D.L. | 3/24/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0685385879 | D.L. | 3/24/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0637572553 | S.H. | 3/22/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0637572553 | S.H. | 3/21/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0637572553 | S.H. | 3/20/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0666386396 | A.M. | 3/3/2023 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0694372731 | P.S. | 2/3/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0694372731 | P.S. | 2/1/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0679625797 | E.O. | 1/16/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0689055473 | C.S. | 1/11/2023 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0689055473 | C.S. | 1/11/2023 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0671667574 | A.P. | 12/21/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0679625797 | E.O. | 12/5/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0671667574 | A.P. | 11/29/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0622736452 | M.K. | 11/22/2022 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0671667574 | A.P. | 11/18/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0679625797 | E.O. | 11/17/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0666386396 | A.M. | 11/10/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0671667574 | A.P. | 10/26/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0671667574 | A.P. | 10/18/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0671667574 | A.P. | 10/17/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0666386396 | A.M. | 10/3/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0632799929 | A.P. | 9/13/2022 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0671667574 | A.P. | 8/8/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0622736452 | M.K. | 4/27/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0642259733 | B.U. | 4/18/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0642259733 | B.U. | 4/15/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0632799929 | A.P. | 4/5/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0642259733 | B.U. | 3/25/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0642259733 | B.U. | 2/17/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0632799929 | A.P. | 1/31/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0633077359 | R.B. | 1/31/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0633077359 | R.B. | 1/27/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0604486506 | G.G. | 1/24/2022 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0633077359 | R.B. | 1/14/2022 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0604486506 | G.G. | 12/29/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0633077359 | R.B. | 12/22/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0633077359 | R.B. | 12/21/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0622292365 | A.S. | 12/20/2021 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0633077359 | R.B. | 12/20/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |

**Exhibit 2 - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0622292365 | A.S. | 11/24/2021 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0604486506 | G.G. | 11/23/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0604486506 | G.G. | 11/22/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0605337153 | L.H. | 11/22/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0616331070 | A.R. | 11/22/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0605337153 | L.H. | 10/4/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0605337153 | L.H. | 9/30/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0625740436 | J.T. | 9/18/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0609774004 | R.P. | 7/2/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0609774004 | R.P. | 6/18/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0609774004 | R.P. | 6/17/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0612983247 | J.G. | 6/17/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0616331070 | A.R. | 6/7/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0606610293 | M.K. | 5/21/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0606610293 | M.K. | 5/19/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0612983247 | J.G. | 5/18/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0612983247 | J.G. | 5/16/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0606610293 | M.K. | 3/31/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0606610293 | M.K. | 3/29/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0606610293 | M.K. | 3/5/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0606610293 | M.K. | 3/1/2021 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0607714458 | A.G. | 2/26/2021 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0602158362 | M.T. | 2/10/2021 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0607714458 | A.G. | 2/9/2021 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0607714458 | A.G. | 2/7/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0607714458 | A.G. | 2/4/2021 | eMED Pharmacy Corp | Allstate | Assignment of Benefits | Interstate wires |
| 0602158362 | M.T. | 1/19/2021 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0579021817 | C.E. | 12/4/2020 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0602158362 | M.T. | 10/2/2020 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0579021817 | C.E. | 9/10/2020 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0579441148 | W.M. | 8/28/2020 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |

**<u>Exhibit 2</u> - Representative Examples of Mailings and Wires in Furtherance of eMED Pharmacy Corp. Enterprise**

| Claim No. | Claimant Initials | Date | From | To | Contents | Method of Delivery |
|---|---|---|---|---|---|---|
| 0579021817 | C.E. | 8/10/2020 | Allstate | eMED Pharmacy Corp. | Explanation of Medical Bill Payment | U.S. Mail |
| 0579441148 | W.M. | 8/10/2020 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0579441148 | W.M. | 8/6/2020 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0579021817 | C.E. | 7/21/2020 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |
| 0579021817 | C.E. | 7/21/2020 | eMED Pharmacy Corp. | Allstate | Assignment of Benefits | Interstate wires |
| 0549670361 | E.G. | 5/5/2020 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0549670361 | E.G. | 5/4/2020 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0549670361 | E.G. | 4/21/2020 | Allstate | eMED Pharmacy Corp | Explanation of Medical Bill Payment | U.S. Mail |
| 0549670361 | E.G. | 4/16/2020 | eMED Pharmacy Corp. | Allstate | Health Insurance Claim Form | Interstate wires |